W. WEST ALLEN
Nevada Bar No. 5566
JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8363

Attorneys for Plaintiff
Dancer Fleet, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dancer Fleet, Inc., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DivEncounters, Inc., a Florida corporation and Peter A. Hughes, an individual,<br><br>Defendants. | Case No.: 2:10-cv-02007-RLH-GWF<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action through their designated counsel of record that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorney's fees and costs.

///
///
///
///
///
///
///

The parties have reached and entered into a settlement agreement; therefore, this action may be dismissed. No trial date has been set.

DATED this 10th day of February, 2011.

By: _____
W. West Allen (Nevada Bar No. 5566)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, #600
Las Vegas, Nevada 89169
(702) 949-8200
WAllen@LRLaw.com

*Attorneys for Plaintiff*

By: _____
Robert Brandt, Esq.
ROBERT A. BRANDT, P.A.
695 N.E. 125 Street
North Miami, Florida 33161
(305) 981-3222
robert@attorneybrandt.com

*Attorney for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: February 11, 2011